JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JUAN CAPISTRANO, a California municipal corporation; BLENHEIM FACILITY MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 8:17-cv-00956-JLS-DFM<br><br>Hon. Josephine L. Staton<br>Courtroom 10A<br><br>**JUDGMENT**<br><br>Complaint Filed: June 2, 2017<br>Trial Date: None |

Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters Judgment consistent with the parties' concurrently entered Consent Decree.

**JUDGMENT IS ENTERED ACCORDINGLY.**

Dated: November 13, 2018

_____
Honorable Josephine L. Staton
United States District Judge

1