# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JUAN CAPISTRANO, a California municipal corporation; BLENHEIM FACILITY MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 8:17-cv-00956-JLS-DFM<br><br>**REVISED JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58(a), the Court revises the Judgment (Doc. 68) consistent with the parties' concurrently entered Amended Consent Decree.

**JUDGMENT IS ENTERED ACCORDINGLY.**

DATED:   January 11, 2023

———————————————————
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE