UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JUAN CAPISTRANO, a California municipal corporation; BLENHEIM FACILITY MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 8:17-cv-00956-JLS-DFM<br><br>**SECOND REVISED JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58(a), the Court revises the Revised Judgment (Doc. 73) consistent with the parties' concurrently entered Second Amended Consent Decree.

**JUDGMENT IS ENTERED ACCORDINGLY.**

DATED:  April 14, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1