1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11    ORANGE COUNTY COASTKEEPER,          Case No. 8:17-cv-00956-JLS-DFM
      a California non-profit corporation,
12                                        **THIRD REVISED JUDGMENT**
                     Plaintiff,
13
             v.
14
      CITY OF SAN JUAN CAPISTRANO, a
15    California municipal corporation;
      BLENHEIM FACILITY
16    MANAGEMENT, LLC, a Delaware
      limited liability company,
17
                     Defendants.
18

19

20           Pursuant to Federal Rule of Civil Procedure 58(a), the Court revises the Second

21    Revised Judgment (Doc. 85) consistent with the parties' concurrently entered Third

22    Amended Consent Decree.

23

24    **JUDGMENT IS ENTERED ACCORDINGLY.**

25    DATED:  May 24, 2024

26                                        _____
27                                        HON. JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE
28